**Order filed, December 3, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00808-CV

_____

### RODOLFO GUZMAN, Appellant

### V.

### THE CITY OF BELLVILLE, AUSTIN COUNTY, TXDOT, BEN MUNSCH AND JAMES BASS, Appellee

On Appeal from the 155th District Court
Austin County, Texas
Trial Court Cause No. 2018V-0126

## ORDER

The reporter's record in this case was due November 26, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Vicki L. Brown, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.